IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERPORT, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>GEOCV, INC.,<br><br>                    Defendant. | C.A. No. 18-1569-RGA |

**STIPULATION TO FURTHER AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order in this matter (D.I. 16), as previously amended (*see* D.I. 18, D.I. 36, D.I. 41, D.I. 44, D.I. 66), is further amended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Written Discovery Cut-Off | July 1, 2020 | Unchanged |
| Fact Deposition Cut-Off[1] | July 1, 2020 | September 1, 2020 |
| Plaintiff serves Election of Asserted Claims, identifying no more than 16 claims across all patents-in-suit[2] | [none] | September 8, 2020 |
| Opening Expert Reports | August 19, 2020 | October 1, 2020 |
| Opposition/Rebuttal Expert Reports | October 7, 2020 | November 6, 2020 |
| Reply Expert Reports | November 12, 2020 | December 11, 2020 |
| Close of Expert Discovery | December 16, 2020 | January 15, 2021 |
| Case Dispositive and *Daubert* Motions | January 26, 2021 | February 5, 2021 |
| Answering Briefs on Case Dispositive and *Daubert* Motions | [per D. Del. LR 7.1.2(b)] | February 19, 2021 |

---

[1] The parties intend depositions to be in person. If the circumstances surrounding the COVID-19 pandemic nevertheless affect the ability of the parties to complete deposition discovery by the extended deadline of September 1, 2020, the parties will meet and confer regarding whether additional adjustments to the case schedule are warranted and shall submit any such proposals to the Court for approval.

[2] These 16 claims are in addition to the claims identified in Paragraph 2 of the parties' contemporaneously filed "Stipulation to Narrow Infringement Issues for Trial."

| Reply Briefs on Case Dispositive and *Daubert* Motions | [per D. Del. LR 7.1.2(b)] | February 26, 2021 |
|---|---|---|
| Pretrial Conference | June 4, 2021 | Unchanged |
| 5-day Jury Trial | June 14, 2021 | Unchanged |

DATED:  June 26, 2020

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| */s/ Lucinda C. Cucuzzella* | */s/ Karen L. Pascale* |
| Jack B. Blumenfeld (#1014) | Karen L. Pascale (#2903) |
| Lucinda C. Cucuzzella (#3491) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE  19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | kpascale@ycst.com |
| ccucuzzella@mnat.com | rvrana@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Matthew Poppe | Casey A. Kniser |
| **RIMÔN LAW** | **ZUBER LAWLER & DEL DUCA LLP** |
| 800 Oak Grove Avenue, Suite 250 | 135 S. LaSalle Street, Suite 4250 |
| Menlo Park, CA  94025 | Chicago, IL 60603, USA |
| (650) 461-4433 | Telephone: (312) 346-1100 |
| | Email:  ckniser@zuberlawler.com |
| Michael F. Heafey | |
| **LAW OFFICES OF MICHAEL F. HEAFEY** |   *Attorneys for Defendant* |
| 1325 Howard Avenue, Suite 160 | |
| Burlingame, CA  94010 | |
| (650) 346-4161 | |
| | |
|   *Attorneys for Plaintiff* | |

SO ORDERED this ___29___ day of June, 2020.

                                                      /s/ Richard G. Andrews   
                                                    UNITED STATES DISTRICT JUDGE